# United States Court of Appeals
# for the Fifth Circuit

No. 22-60113
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
November 4, 2022

Lyle W. Cayce
Clerk

Leonardo Sarellano Nevarez,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A089 457 286

Before Stewart, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:*

Leonardo Sarellano Nevarez, a native and citizen of Mexico, petitions this court for review of an order of the Board of Immigration Appeals (BIA) affirming an order of the Immigration Judge denying his application for cancellation of removal. He argues that the BIA erred by finding that one of

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-60113

his sons no longer needed educational services, by concluding that he had not made the requisite hardship showing, and by denying his request for cancellation of removal. We lack jurisdiction to consider these arguments. *See Patel v. Garland*, 142 S. Ct. 1614, 1621-22 (2022); *Castillo-Gutierrez v. Garland*, 43 F.4th 477, 481 (5th Cir. 2022). Consequently, the petition for review is DISMISSED.